JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANI ATILIO ALFARO GUILLEN,<br><br>          Petitioner,<br><br>     v.<br><br>KRISTI NOEM, et al.,<br><br>          Respondents. | Case No. 5:26-cv-00869-FWS-SSC<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition (ECF 1) is denied as moot without prejudice.

DATED:   June 4, 2026

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE